FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

**Welch    R8099**
(Last Name)    (Identification Number)

**Jason    Hewitt**
(First Name)    (Middle Name)

**Pike County Jail**
(Institution)

**2109 Jesse Hall Rd.    Magnolia MS, 39652**
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 21 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

V.    CIVIL ACTION NUMBER: **5:24-CV-00123-DCB-LGI**
(to be completed by the Court)

**Pike County Jail**

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
     Yes ( )    No ( )

B.   Are you presently incarcerated?
     Yes ( )    No ( )

C.   At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
     Yes ( )    No ( )

D.   Are you presently incarcerated for a parole or probation violation?
     Yes ( )    No ( )

E.   At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( )    No ( )

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes ( )    No ( )

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I have sent legal mail out several times And I still havent heard a Response dating back to Dec. 3 2024 My complaints were 1) cond. of confinement - Justice court perjury - Obstruction of Justice - Rights violated - I've been Bound over since Nov. 5 2024 by perjury - Another complaint went to Att. General John Holden About same issues I fear my legal mail has been tampered with other inmates my legal mail was checked and taped Back up when it wasnt suppose to be I dont know if my legal mail has been sent out I am getting No Response!!

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Immediate Release
150 dollars a day for and shoe my confinement
I have been incarcerated Five months Bound over

Signed this 16 day of February, 20 25.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Jason Welch
Signature of plaintiff